USA-74-24B
(Rev. 05/01)

**Sealed CRIMINAL DOCKET**

Public a... ...nofficial ... access
to this instrument are
prohibited by court order.

United States Courts
Southern District of Texas
FILED

APR 2 1 2008

Michael N. Milby, Clerk

**H 08 237**

No. _____

HOUSTON DIVISION

USAO Number: 2008R04640
Magistrate Number:

CRIMINAL INDICTMENT          Filed

Judge: Werlein

### ATTORNEYS:

**DONALD J. DeGABRIELLE, JR., USA**          (713) 567-9000

JAMES STURGIS, AUSA          (713) 567-9000

UNITED STATES of AMERICA

vs.

| | Appt'd | Private |
|---|---|---|
| OSCAR NAVA-VALENCIA — Cts. 1 & 2 | ☐ | ☐ |
| also known as Lobo | ☐ | ☐ |
| also known as Tierno | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 2 )

Ct. 1: Conspiracy to distribute for purpose of unlawful importation of more than 5 kilograms of cocaine.

21 USC 956(a), 960 & 963

Ct. 2: Distribution for purpose of unlawful importation of more than 5 kilgorams of cocaine, that is approximately 3,100 kilogrms of cocaine. 21 USC 959(a), 960 and 18 USC 2

## Page 2 of 2

**PENALTY:**

Cts. 1 & 2:  Imprisonment for 10 years * to life and/or a $4,000,000 fine and at least 5 years supervised release. (as to each count)
(*MANDATORY MINIMUM)

NOTIFICATION OF FORFEITURE

☐ In Jail

**NAME & ADDRESS
of Surety:**

☐ On Bond

☑ No Arrest    ALL DEFENDANTS

## **PROCEEDINGS:**