UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UN-Sealed  Per Order 1/24/11
Public and unofficial staff access to this instrument are prohibited by court order.

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § v. § § OSCAR NAVA-VALENCIA § aka Lobo, aka Tierno § § § § § § § § § § | CRIMINAL NO: H 08 237 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   CRIMINAL INDICTMENT   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

OSCAR NAVA-VALENCIA
aka Lobo, aka Tierno

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on April 21, 2008.

*Frances H. Stacy*
UNITED STATES MAGISTRATE JUDGE