United States Courts
Southern District of Texas
**F I L E D**

**JUL 2 0 2020**

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA, Plaintiff, )
                                    )
v.                                  ) Case No. 4:08-CR-00237-001
                                    )
OSCAR NAVA-VALENCIA, Defendant     )

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) UNDER AMENDMENT 782 AND 788

NOW COMES Defendant, Oscar Nava-Valencia, proceeding pro se requesting a modification and reduction of his sentence pursuant to the United States Sentencing Guideline (U.S.S.G.) Amendments 782 and 788.

### JURISDICTION

Effective November 1, 2014, the Sentencing Commission reduced the Quantity that determined the Base Offense Level in drug Trafficking Guidelines, § 2D1.1, by two levels. See U.S.S.G. App. C, Amendment 782. The Commission also made the lower base offense levels **"retroactively applicable"** to people who, like the Defendant was sentenced under the previous version of the guidelines. Defendant was sentenced on January 7, 2014. See U.S.S.G. App. C, Amendment 782; U.S.S.G. § 1B1.10(d), p.s. (November 14) (listing amendment 782 as a covered amendment).

### FACTUAL AND PROCEDURAL BACKGROUND

On January 7, 2014, Defendant was sentenced to **300** months. On November 20, 2019, Defendant was re-sentenced to **200** months under Rule 35, which was a **33%** reduction.

I.   ELIGIBILITY FOR SENTENCE REDUCTION UNDER § 782 & 788

A district court may reduce a defendants term of imprisonment when he was originally sentenced, based on a Guideline Range that has subsequently been lowered by the United States Sentencing Commission. 18 U.S.C. § 3582(c)(2). See **Henderson**, 636 F. 3d. at 717. Proceedings under § 3582(c)(2), are not full **Booker-style** re-sentencings. **Dillon v. United States**, 560 U.S. 817, 825-30 (2010); **U.S. v. Doublin**, 572 F. 3d. 235, 238 (5th Cir. 2009) (per curium). Instead, in deciding whether to reduce a sentence, a court must conduct a two-step inquiry. "Step one of the inquiry requires the court to follow the instructions in U.S.S.G. § 1B1.10 to determine whether the prisoner is eligible for a sentence modification and the extent of the reduction authorized." "Step two requires the Court to consider any applicable § 3553(a) factors and determine whether, in the discretion, the reduction authorized by [§ 1B1.10] is warranted in whole or in part under the particular circumstances of the case." **Henderson**, 636 F. 3d. at 717 (quoting **Dillion**, 560 U.S. at 827).

In effect as of November 1, 2014, and pursuant to 18 U.S.C. § 3582(c)(2), Defendant respectfully moves this Honorable Court to reduce his sentence, as grounds would state:

A) As of November 1, 2014, an amendment to the United States sentencing Guidelines § 2D1.1(c) eliminates base offense level **38** from the drug quantity table. This particular amendment was given "Retroactive Effect" on November 1, 2014. See U.S.S.G. § 1B1.10.

B) Based on the Drug Quantity Table as it existed at the time

of sentencing and conviction, the Defendant was sentenced
to a term of **300** months.

C) Because the Defendant was sentenced to an inappropriate
range outside of the new range, he is entitled to a reduc-
tion of some points as well as for a downward departure
for post conviction rehabilitation and Rule 35 application.
See **Koon v. U.S.**, 135 LED 2d. 392 (1996); **U.S. v. Mirna
Rivera**, 994 F. 2d. 942 (1st Cir. 1993); **United States v.
Rhodes**, 145 F. 3d. 1375 (D.C. Cir. 1998); **Koon v. U.S.**,
518 U.S. 87 (1996); **Pepper v. U.S.**, 562 U.S. at (slip Op.
13) (quoting 3553(a)). The district courts tasks are to
impose sentences that reflect the Punitive Goals of Justice,
Deterance, Protection of the Public, and above all Reha-
bilitation. While this is easily stated, it is difficult
to achieve.

Amendment 782 of the U.S.S.G. amended § 2D1.1(c), by deleting
level **38** in lieu thereof. Amendment 782 was explained as follows:

* This Amendment sets the upper limit of the Drug Quantity
Table in section 2D1.1 at level **36**. The commission has
determined that the extension of the Drug Quantity Table
above level **36** for quantity itself is NOT required to ensure
adequate punishment given that organizers, leaders, managers,
and supervisors of such affairs will receive a **2**, **3**, or
**4** level enhancements for their role in the offense, and
a participant will receive an additional **2** points, if a
dangerous weapon was involved.

The retroactivity of Amended Guideline Range Policy Statement,

enumerates precisely what amendments are to be given "Retroactive Effect." Amendment 505 amended § 1B1.10 to include Amendment 782 as one of the Amendments to be given retroactive effect. The effective date of Amendment 782 was November 1, 2014, level **36** is the highest level of the Drug Quantity Table itself.

<u>**OLD AND NEW GUIDELINE RANGE**</u>

**I. Old Guideline range.**

| | |
|---|---|
| **U.S.S.G. § 2D1.1 (5 Kilograms of Powder** .......... | 38 |
| **U.S.S.G. § 3B1.1 (Organizer** ..................... | +4 |
| Subtotal | 42 |
| Acceptance of Resonsibility | −3 |
| Total | 39 |
| Rule 35 | −4 |
| Total | 35 |
| Criminal History Category | I |
| Guideline range ................ | 168 to 210 months |

Original the court sentenced Defendant to **300** months, with a downward departure on November 20, 2019, which gave Defendant **200** months from a **4** point reduction in the Guideline Range.

**II.   New Guideline Range.**

| | |
|---|---|
| **U.S.S.G. § 2D1.1 (5 Kilograms of Powder** .......... | 36 |
| **U.S.S.G. § 3B1.1 (Organizer** ..................... | +4 |
| Subtotal | 40 |
| Acceptance of Responsibility | −3 |
| Total | 37 |
| Rule 35 Application | −4 |
| Total | 33 |

Criminal History Category                          I

Guideline Range ................ 135 to 168 months

Defendant was sentenced to the bottom of his guideline range, under 3553(a) for his Rule 35 and for his post-conviction **Rehabilitation efforts while incarcerated.**

### 3553(a) FACTORS

Nava-Valencia is submitting a long record of programming in which he has participated. He has completed **English Proficient** and has **Earned his GED.** He has completed over **80** Educational classes since April 4, 2014, which is remarkable. He has **NO** Disciplinary reports during his incarceration, and has been a model prisoner. Defendant has a family support system here in the United States. Upon his release he has employment. His Post incarceration conduct assures the Court that his history and characteristics no longer call for imprisonment. He is very involved in the Religious Community here at Butner 1, and is well thought of by Staff and inmates alike.

Furthermore, Defendant is the biggest **"Hot Spot" in the** BOP for the **"coronavirus"** where over **20** inmates have died and several staff. There is no ability to social distance in prison, and every day his life is at risk of serious illness or death.

### CONCLUSION

Defendant request that this Honorable Court exercise its discretion in reducing Mr. Nava-Valencia's sentence, since it is applicable and he is eligible for the two point reduction. Defendant requests that this Honorable Court view all the information outlined in this motion and **GRANT** his petition to reduce his sentence to **135** months which is the bottom of his new Guideline Range.

## PRAYER OF RELIEF

The Defendant **PRAYS** that the God of creation intervene in the hearts of man, that the truth may prevail over deception, that law may prevail over lawlessness. God move the heart of the Proceding Judge in this Honorable Court and to take Judicial Notice of the Herein, and make a Judicial determination thereof and issue orders **GRANTING** this petition and an immediate release.

Executed: July 13, 2020

Respectfully submitted,

/s/ _____

Oscar Nava-Valencia



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NAVA-VALENCIA, OSCAR  84193-279

SEQUENCE: 01662992

Team Date: 03-05-2020

| | | | |
|---|---|---|---|
| Facility: | BUT  BUTNER MED I FCI | Proj. Rel. Date: | 04-10-2025 |
| Name: | NAVA-VALENCIA, OSCAR | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **84193-279** | DNA Status: | HOU03083 / 06-14-2011 |
| Age: | 48 | | |
| Date of Birth: | 03-29-1971 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | FS AM DR | FCI FOOD SERVICE AM DININGROOM | 02-11-2020 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | ESL HAS | ENGLISH PROFICIENT | 06-18-2015 |
| BUT | GED EARNED | GED EARNED IN BOP | 01-14-2013 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUT | | CAMP WELLNESS ABDOMINAL CLASS | 01-31-2020 | CURRENT |
| BUT | | CAMP WELLNESS AEROBICS | 01-31-2020 | CURRENT |
| BUT | | BUS & MKT CONCEPTS M 6-8:30 | 01-10-2020 | CURRENT |
| BUT | | BUSINESS MANAGEMENT | 01-10-2020 | CURRENT |
| BUT | | NCCER CORE 1230-1530 PM | 09-17-2019 | CURRENT |
| BUT | | CAMP WELL SPINNING CLASS | 01-31-2020 | CURRENT |
| BUT | | GEOGRAPHY | 01-10-2020 | CURRENT |
| BUT | | EXAMINES CIVIL & CRIMINAL LAW | 01-10-2020 | CURRENT |
| BUT | | BASIC REAL ESTATE | 01-10-2020 | CURRENT |
| BUT | | SPANISH | 01-10-2020 | CURRENT |
| BUT GP | C | LOGISTIC 1 | 09-06-2019 | 12-18-2019 |
| BUT GP | C | SPANISH 3;T&TH-12:30-2:30 | 08-26-2019 | 11-26-2019 |
| BUT GP | C | INTRO TO COMMODITIES TRADING | 09-09-2019 | 11-26-2019 |
| OAD | W | DISCIPLESHIP CLASS 1 | 11-01-2018 | 03-12-2019 |
| OAD | C | WIN THE PEOPLE | 10-29-2018 | 01-08-2019 |
| OAD | C | CREDIT (RPP#3) | 10-29-2018 | 12-10-2018 |
| OAD | C | ACE INTERMEDIATE HORTICULTURE | 09-24-2018 | 12-17-2018 |
| OAD | W | PRISON FELLOWSHIP (RP6) | 11-06-2018 | 11-08-2018 |
| OAD | W | DISCIPLESHIP CLASS 1 | 11-01-2018 | 11-01-2018 |
| OAD | C | DRAWING | 05-02-2018 | 10-30-2018 |
| OAD | W | DISCIPLESHIP CLASS 1 | 05-24-2018 | 10-30-2018 |
| OAD | W | PRISON FELLOWSHIP (RP6) | 06-18-2018 | 06-19-2018 |
| OAD | W | PRISON FELLOWSHIP (RP6) | 03-20-2018 | 06-11-2018 |
| OAD | W | DISCIPLESHIP CLASS 1 | 09-06-2017 | 05-17-2018 |
| OAD | W | FINANCIAL PEACE UNIV RPP3 | 02-07-2018 | 03-14-2018 |
| OAD | C | SOFTBALL OFFICIAL | 10-21-2017 | 11-12-2017 |
| OAD | C | DISCIPLESHIP CLASS 1 | 05-17-2016 | 10-25-2016 |
| OAD | C | ACE HORTICLUTURE | 06-20-2016 | 09-22-2016 |
| OAD | C | PRISON FELLOWSHIP (RP6) | 09-20-2016 | 09-20-2016 |
| OAD | C | WOOD WORKING | 06-28-2016 | 07-21-2016 |
| OAD | C | SOFTBALL OFFICIAL | 04-28-2016 | 05-20-2016 |
| OAD | C | DISCIPLESHIP CLASS 1 | 12-10-2015 | 05-04-2016 |
| OAD | C | AFRICAN ART/DANCE | 04-11-2016 | 04-20-2016 |
| OAD | C | INSIDE OUT DAD RPP6 EVID-BASED | 01-06-2016 | 03-31-2016 |
| OAD | C | PRISON FELLOWSHIP (RP6) | 03-15-2016 | 03-24-2016 |
| OAD | C | ADVANCED GUITAR | 02-02-2016 | 03-23-2016 |
| OAD | C | ULTIMATE NATURE-ACE CLASS | 01-26-2016 | 03-03-2016 |



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NAVA-VALENCIA, OSCAR 84193-279

SEQUENCE: 01662992

Team Date: 03-05-2020

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| OAD | C | FINANCE RPP3 | 11-02-2015 | 01-19-2016 |
| OAD | C | INTERMEDIATE GUITAR | 11-16-2015 | 01-09-2016 |
| OAD | C | MONEY SMART RPP3 EVID.-BASED | 08-17-2015 | 12-15-2015 |
| OAD | C | PRISON FELLOWSHIP (RP6) | 11-17-2015 | 11-18-2015 |
| OAD | C | YOGA | 09-21-2015 | 11-27-2015 |
| OAD | C | HOME IMPROVEMENT 2 | 11-03-2015 | 11-17-2015 |
| OAD | C | CAREER PLANNING | 09-02-2015 | 10-22-2015 |
| OAD | C | PHOTO I | 09-15-2015 | 10-15-2015 |
| OAD | C | BEGINNING GUITAR | 08-24-2015 | 10-14-2015 |
| OAD | C | RESUME WRITING | 08-26-2015 | 09-15-2015 |
| OAD | C | HAZARD COMMUNICATION | 09-14-2015 | 09-28-2015 |
| OAD | C | CURSOS DEL SIGLO 21D | 08-10-2015 | 08-19-2015 |
| OAD | C | PREDATORS | 06-22-2015 | 07-23-2015 |
| OAD | C | GEOGRAPHY 100 | 06-22-2015 | 07-17-2015 |
| OAD | C | ENGLISH AS SECOND LANGUAGE PM | 04-09-2014 | 06-18-2015 |
| OAD | C | PAROLE TO PAYROLL | 05-28-2015 | 06-02-2015 |
| OAD | C | SUCCESS IN JOB WORLD | 05-28-2015 | 06-08-2015 |
| OAD | C | SAFETY TRAINING | 04-28-2015 | 05-12-2015 |
| OAD | C | ANTICENT CIVILIZATION | 04-28-2015 | 05-18-2015 |
| OAD | C | NATIONAL GEOGRAPHIC 2 | 04-06-2015 | 04-10-2015 |
| OAD | C | HEALTH | 04-06-2015 | 04-16-2015 |
| OAD | C | TRAILS OF LIFE | 03-16-2015 | 03-25-2015 |
| OAD | C | REFRESH MATH | 03-16-2015 | 03-27-2015 |
| OAD | C | NATL GEO | 03-16-2015 | 03-27-2015 |
| OAD | C | PHOTO II | 02-18-2015 | 02-27-2015 |
| OAD | C | ALGEBRA 1 | 02-18-2015 | 02-27-2015 |
| OAD | C | PARENTING RPP6 | 11-25-2014 | 02-03-2015 |
| OAD | C | ELECTRICAL CODES | 01-13-2015 | 02-03-2015 |
| OAD | C | COMMUNICATION SKILLS | 01-13-2015 | 01-26-2015 |
| OAD | C | PROFESSIONAL CUSTODIAN | 12-15-2014 | 12-22-2014 |
| OAD | C | INTRO TO BUSINESS | 07-21-2014 | 07-25-2014 |
| OAD | C | ELECTRICITY | 07-21-2014 | 07-25-2014 |
| OAD | C | TYPING ADVANCED | 06-17-2014 | 07-11-2014 |
| OAD | C | CAREERS OF THE 21ST CENTURY | 06-24-2014 | 06-27-2014 |
| OAD | C | SELF ESTEEM | 06-24-2014 | 07-01-2014 |
| OAD | C | TYPING INTERMEDIATE | 05-27-2014 | 06-16-2014 |
| OAD | C | MARKETING | 05-20-2014 | 05-30-2014 |
| OAD | C | TYPING BEGINNING | 04-24-2014 | 05-23-2014 |
| OAD | C | SMART MONEY | 04-24-2014 | 05-01-2014 |
| OAD | C | SPANISH GEOGRAPHY | 04-01-2014 | 04-08-2014 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-03-2014 |
| CARE2 | STABLE, CHRONIC CARE | 09-03-2019 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-26-2014 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-21-2019 |
| SOFT SHOES | SOFT SHOES ONLY | 11-21-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-21-2019 |

## Current Drug Assignments



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

SEQUENCE: 01662992

Dept. of Justice / Federal Bureau of Prisons

Team Date: 03-05-2020

Plan is for inmate: NAVA-VALENCIA, OSCAR  84193-279

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 05-07-2014 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | Start: 07-10-2014 |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$387.50** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: **$0.00** | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $5,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

| Trust Fund Deposits - Past 6 months: $2,000.00 | Payments commensurate ?  Y |
|---|---|

New Payment Plan:

| ** No data ** |
|---|

**Progress since last review**

| Last Team was 9/20/2019.  Completed Logistics, Spanish 3, and Intro to Commodities.  Currently enrolled in numerous classes.  Maintained a work assignment, with good work performance.<br>Maintained clear conduct since last review.<br>Maintained good personal hygiene and room sanitation. |
|---|

**Next Program Review Goals**

| Currently enrolled in numerous classes.  Continue to participate as directed thru next review.  Current work assignment is FS AM DR.  Continue to maintain work assignment and Good work performance daily thru next review. |
|---|

**Long Term Goals**

| Obtain SS card and birth certificate by 1/2032. Complete Release Preparation Program Seminar by 1/2032. |
|---|

**RRC/HC Placement**

| |
|---|

**Comments**

| Treaty Transfer: Eligible and not interested.<br>5 POINTS, 8/30/2019<br><br>Maintain clear conduct daily thru PRD by not incurring any incident reports.<br><br>Maintain good personal hygiene and room sanitation daily thru next review.<br><br>Maintain family/community ties by calling/writing at least twice/month.<br><br>Second Chance Act Review will be conducted 17-19 months from PRD.<br><br>Finance/Poverty Need Screen YES - No assets<br><br>FSA - Inelig/Min |
|---|

Oscar Nava-Valencia
#84193-279  VA-Unit
FCI Butner 1, Medium
P.O. Box 1000.
Butner, NC 27509

Legal Mail
@ cc

United States Courts
Southern District of Texas
F I L E D

JUL 20 2020

David J. Bradley, Clerk of Court

Clerk of Court
United States District Court
515 Rusk St.
Rm. 5300
Houston, Texas 77002-2600

