United States District Court
Southern District of Texas
**ENTERED**
January 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-08-CR-237 |
| | § | |
| OSCAR NAVA-VALENCIA | § | |

**ORDER TO UNSEAL DOCKET ENTRIES**

The Court, after having considered the Government's Motion to Unseal Docket Entries 66, 67 and 68, and finding it to be meritorious, GRANTS said Motion.

IT IS THEREFORE ORDERED that Docket Entries 66, 67 and 68 be Unsealed as to the Government.

SIGNED on this the 19TH day of January, 2023, at Houston, Texas.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE